IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

INTERNATIONAL ASSOCIATION OF
MACHINISTS
AND AEROSPACE WORKERS, AFL-CIO,     Civil Action No.: 2:19-cv-3214-BHH
9000 Machinists Place
Upper Marlboro, Maryland 20772

    Plaintiff,

v.

JOHN RING, Chairman, LAUREN
MCFERRAN, Board Member, MARVIN
KAPLAN, Board Member, WILLIAM
EMANUEL, Board Member, and the
NATIONAL LABOR RELATIONS
BOARD,
1015 Half Street, SE
Washington, DC 20570

    Defendants.

**PLAINTIFF'S RESPONSE TO
BOEING CORPORATION'S MOTION TO INTERVENE**

Plaintiff IAMAW takes no position to the motion to intervene [ECF Dkt. Entry 12] filed by Boeing Corporation.

                                        s/ Armand Derfner
                                        Armand G. Derfner
                                        District Court I.D. # 528
                                        Derfner & Altman
                                        575 King Street, Suite B
                                        Charleston, SC  29403
                                        (843) 723-9804
                                        aderfner@derfneraltman.com

Dated: December 2, 2019                 *Counsel for Plaintiff IAMAW*